**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN SCRUGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0309-MJR-CJP |
| | ) | |
| SOURCE LOGISTICS, INC., | ) | |
| COLUMBUS COLD STORAGE, and | ) | |
| ARAMARK FOOD SERVICE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REMANDING CASE

REAGAN, District Judge:

In February 2008, John Scruggs filed a personal injury lawsuit in the Circuit Court of St. Clair County, Illinois, against three Defendants. Those Defendants are referred to herein as Source, Columbus, and Aramark.

Served on April 1, 2008, Aramark removed the action to this Court on April 25, 2008, invoking diversity jurisdiction under 18 U.S.C. § 1332 and alleging that no other Defendant had been served (so consent of no co-Defendant was needed). The requirements of diversity jurisdiction were and are satisfied, but Aramark incorrectly attested that it was the lone served Defendant. In fact, Source had been served on April 17, 2008 – prior to removal.

Refusing consent to the removal, Source moved to remand the case to Illinois state court based on the absence of consent from all served Defendants. Source timely raised this "procedural defect." **See 28 U.S.C. § 1447(c); *In re Mutual Fund Market-Timing Litigation*, 495 F.3d 366, 368 (7th Cir. 2007); *Harmon v. OKI Systems, Inc.*, 115 F.3d 477 (7th Cir. 1997).**

The undersigned Judge set a June 18, 2008 deadline for any party to object or

otherwise respond to the remand motion. Only one response was filed – by the removing Defendant, Aramark. Arguably, that response was one day late, but the Court will consider it timely-filed. Aramark attests that it "will not stand in the way of a co-defendant's preference to defend the matter in state court" (Doc. 25, p. 2). No other party objected to or weighed in on Source's remand motion.

Because Source has timely raised a procedural defect in the removal process, the undersigned Judge GRANTS Source's motion (Doc. 17) and REMANDS this case to the Circuit Court of St. Clair County, Illinois.

IT IS SO ORDERED.

DATED this 27th day of June 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE